SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jason Davey and Julie Davey,<br><br>          Plaintiff,<br><br>     v.<br><br>Director of United States Citizenship and Immigration Services,<br><br>          Defendant. | Case No. 2:24-cv-02357-JAD-NJK<br><br>**Joint Stipulation to Respond to Plaintiff's Complaint (First Request)** |

Plaintiffs Jason Davey and Julie Davey ("Plaintiffs") and the United States, on behalf of the federal defendant, through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on December 17, 2024 (ECF No. 1).

2. Federal Defendant's response to the Complaint is currently due on February 18, 2025.

3. Plaintiffs and Federal Defendant agree and stipulate that Federal Defendant's time to respond to Plaintiffs' Complaint shall be extended through April 18, 2025.

4. Federal Defendant requires additional time to review the record and take steps toward adjudication of the Plaintiffs' I-829 petitions.

This is the first request to stay the proceedings. This request is not sought for purpose of delay or any other improper purpose, but to facilitate the parties' effort to resolve the matter by adjudicating Plaintiffs' applications.

Respectfully submitted this 14th day of February 2025.

|  |  |
|---|---|
| /s/ David Edward Walters | SUE FAHAMI<br>Acting United States Attorney<br><br>/s/ Karissa D. Neff |
| DAVID EDWARD WALTERS, ESQ.<br>Law Office of David E. Walters<br>4060 E. Russell Rd., Ste. 100<br>Las Vegas, NV 89120<br>*Plaintiffs' Attorney* | KARISSA D. NEFF<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
**United States ~~District/~~Magistrate Judge**

DATED: February 18, 2025